UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BCR SAFEGUARD HOLDING, L.L.C., * | CIVIL ACTION NO. 13-cv-00066 |
| JAC SAFEGUARD HOLDING, L.L.C., * | |
| and SAFEGUARD DEVELOPMENT * | |
| GROUP II, L.L.C. * | SECTION G, DIVISION 1 |
| * | |
| versus * | |
| * | DISTRICT JUDGE JOLIVETTE BROWN |
| MORGAN STANLEY REAL ESTATE * | |
| ADVISOR, INC., PPF SAFEGUARD, * | |
| L.L.C., CERTAIN UNDERWRITERS * | MAGISTRATE JUDGE SHUSHAN |
| AT LLOYD'S OF LONDON, and * | |
| SCOTT ALLEN BROWN * | |
| * * * * * * * * * * * * * * * * * * * * * * * | |

**LOCAL RULE 7.8 NOTICE OF OBJECTION
TO EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

NOW INTO COURT, through undersigned counsel, come the plaintiffs, BCR Safeguard Holding, L.L.C., JAC Safeguard Holding, L.L.C., and Safeguard Development Group II, L.L.C. ("the BCR parties"), who with respect, and in accordance with the provisions of Local Civil Rule 7.8 of the United States District Court for the Eastern District of Louisiana, note for the record that they object to the granting of any extension of time to any of the defendants to file an answer or otherwise plead in this matter.

1

Respectfully submitted,

*/s/ Kerry A. Murphy*
**GLADSTONE N. JONES, III (La. #22221)**
**LYNN E. SWANSON (La. #22650)**
**H.S. BARTLETT III (La. #26795)**
**CATHERINE E. LASKY (La. #28652)**
**KERRY A. MURPHY (La. #31382)**
**JONES, SWANSON, HUDDELL &**
 **GARRISON, L.L.C.**
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Telephone: (504) 523-2500
Telecopier: (504) 523-2508

**COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 16th day of January, 2013, served a copy of the foregoing upon all counsel of record by CM/ECF filing.

I further hereby certify that I will serve the foregoing upon Certain Underwriters at Lloyd's of London, who have no counsel of record, by delivering a copy to Lloyd's of London's agent for service of process, the Louisiana Secretary of State.

*/s/ Kerry A. Murphy*