UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW ORLEANS

| | |
|---|---|
| BCR SAFEGUARD HOLDING, LLC *et al.*<br>    Plaintiffs<br><br>VERSUS<br><br>MORGAN STANLEY REAL ESTATE ADVISOR, INC., *et al.*<br>    Defendants | CIVIL ACTION NO. 13-66<br><br>SECTION "G"<br>JUDGE NANNETTE JOLIVETTE BROWN<br><br>MAGISTRATE (1)<br><br>MAG. JUDGE SALLY SHUSHAN |

**MOTION TO RECONSIDER MOTION TO SEAL COMPLAINT AND MOTION FOR PRELIMINARY AND PERMANENT INJUNCTION AGAINST THE IMPROPER USE OR DISCLOSURE OF PRIVILEGED MATERIAL**

NOW INTO COURT, through undersigned counsel, come Defendants, Morgan Stanley Real Estate Advisor, Inc. ("MSREA"), PPF Safeguard, LLC ("PPF"), and Scott Allen Brown (the "Morgan Stanley Parties"), and respectfully request (1) that the Court reconsider the Motion to Seal Complaint filed by the Morgan Stanley Parties (Rec. Doc. 11) and (2) that the Court preliminarily and permanently enjoin Plaintiffs, BCR Safeguard Holdings, LLC, JAC Safeguard Holdings, LLC, and Safeguard Development Group II, LLC, from using or disclosing in this action communications among the Morgan Stanley Parties and their counsel that are subject to the attorney-client privilege and the attorney work-product doctrine and upon further suggesting to the Court that:

**MOTION FOR PRELIMINARY AND PERMANENT INJUNCTION**

1.

The Morgan Stanley Parties respectfully request that the Court enter an order preliminarily and permanently enjoining Plaintiffs from using or disclosing in this action

02306.61543/5149382.1 {N2581473.1}

communications among the Morgan Stanley Parties and their counsel that are subject to the attorney-client privilege and the attorney work-product doctrine.

2.

These privileged communications, which are identified in Exhibit A hereto, either never were shared voluntarily with Plaintiffs or were produced to Plaintiffs only under the terms of a highly restrictive protective order in a prior litigation that forbids their use herein.  The protective order is attached as Exhibit B hereto.  Plaintiffs' reference to these privileged materials in their Complaint violates both that order and the applicable law.

3.

The injury resulting from Plaintiffs' improper disclosure of the Morgan Stanley Parties' privileged communications can only be redressed by an injunction order requiring them to withdraw their Complaint and barring them from any further use or disclosure of the privileged materials.

**MOTION TO RECONSIDER MOTION TO SEAL COMPLAINT**

4.

Because a redacted version of the Complaint referencing and/or relying on these privileged communications was filed in the public record – leaving the Morgan Stanley Parties' privileged communications available for anyone to see – the Morgan Stanley Parties also respectfully ask that the Court reconsider its prior ruling denying their motion to seal the redacted Complaint.  Specifically, the Morgan Stanley Parties request that this Court either grant reconsideration of and/or stay entry of its order dated January 25, 2013 (Rec. Doc. 24) that denied the motion to seal the redacted Complaint, and that the Court maintain the seal as to all

versions of the Complaint for the time needed for the Court to consider the Motion for Preliminary and Permanent Injunctive Relief.

WHEREFORE, for the reasons set forth in the attached Memorandum in Support of Motion for Reconsideration of Motion to Seal Complaint and Motion for a Preliminary and Permanent Injunction Against the Improper Use or Disclosure of Privileged Material and after due proceedings are had, the Morgan Stanley Parties pray that this Court (a) reconsider and/or stay entry of its Order unsealing the Redacted Complaint until this Motion for an injunction is decided; and (b) enjoin Plaintiffs, preliminarily and permanently, from making any further use or disclosure in this litigation of the privileged communications identified in Exhibit A, as well as any other privileged communications of the Morgan Stanley Companies.

Respectfully submitted,

 /s/ Mark A. Mintz
R. PATRICK VANCE (La. # 13008)
EDWARD D. WEGMANN (La. # 13315)
MARK MINTZ (La. # 31878)
Jones, Walker, Waechter, Poitevent,
   Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana  70170-5100
Telephone:     (504) 582-8368
Facsimile:     (504) 589-8368

**Attorneys for MORGAN STANLEY REAL ESTATE ADVISOR, INC., PPF SAFEGUARD, LLC, and SCOTT ALLEN BROWN**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing has been served via electronic mail, and by the Court's electronic noticing system, to all parties and to those specifically listed below this 28th day of January, 2013.

Catherine Elena Lasky: klasky@jonesswanson.com, cmason@jonesswanson.com, kmurphy@jonesswanson.com, sfails@jonesswanson.com

Edward D. Wegmann:    dwegmann@joneswalker.com, mfarrell@joneswalker.com

Gladstone N. Jones , III:   gjones@jonesswanson.com, cmason@jonesswanson.com

Harvey Sylvanous Bartlett , III:  tbartlett@jonesswanson.com, sfails@jonesswanson.com cmason@jonesswanson.com, poconnell@jonesswanson.com,

Kerry Ann Murphy:    kmurphy@jonesswanson.com

Lynn E. Swanson:    lswanson@jonesswanson.com, cmason@jonesswanson.com, kmurphy@jonesswanson.com, sfails@jonesswanson.com

R. Patrick Vance:    pvance@joneswalker.com, nwiebelt@joneswalker.com

                                                       */s/ Mark A. Mintz*
                                                       MARK A. MINTZ