**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW ORLEANS**

| | | |
|---|---|---|
| **BCR SAFEGUARD HOLDING, LLC** | ) | **CIVIL ACTION NO. 2:13-cv-66** |
| *et al.* | ) | Section "G" |
| Plaintiffs | ) | |
| Versus | ) | **Judge Nannette Jolivette Brown** |
| | ) | |
| **MORGAN STANLEY REAL ESTATE** | ) | Magistrate (1) |
| Advisor, Inc., *et al.* | ) | |
| Defendants | ) | **Mag. Judge Sally Shushan** |

_____

**Ex Parte Motion to Enroll Additional Counsel of Record**

Defendants, certain Underwriters at Lloyd's, London who and which severally subscribed to LPSO signing number 61501 (37% of $75 million excess of $25 million layer), those certain underwriters at Lloyd's who severally subscribed to LPSO signing number 61440 (27% of $100 million excess $100 million layer); and those certain underwriters at Lloyd's who severally subscribed to LPSO signing number 61473 (15% of $400 million excess of $200 million layer ("Lloyd's Underwriters") (incorrectly designated as "Certain Underwriters at Lloyd's of London" in the Complaint), by undersigned counsel, respectfully move the Court for an order enrolling Amy L. Neuhardt (La. Bar No. 23881) of the law firm of Boies, Schiller & Flexner, LLP, 5301 Wisconsin Ave. NW, Washington, DC 20015, Telephone No. (202) 237-2727, Fax No. (202) 237-6131, to be enrolled as additional counsel of record for Lloyd's Underwriters.

Movant further requests that Ms. Neuhardt be added to the Court's e-filing notification system at the following e-mail address: aneuhardt@bsfllp.com.

Respectfully submitted,

/s/  John M. Futrell
John M. Futrell (La. #05865)
LEE, FUTRELL & PERLES, L.L.P.
201 St. Charles Avenue, Suite 4120
New Orleans, Louisiana 70170
Telephone: (504) 569-1725
Facsimile: (504) 569-1726
Email: jfutrell@leefutrell.com

*Attorney for Lloyd's Underwriters*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing has been served via electronic mail, and by the Court's electronic noticing system, to all parties and to those specifically listed below this 5th day of February, 2013.

Catherine Elena Lasky: klasky@jonesswanson.com, cmason@jonesswanson.com, kmurphy@jonesswanson.com, sfails@jonesswanson.com

Gladstone N. Jones, III: gjones@jonesswanson.com, cmason@jonesswanson.com

Harvey Sylvanous Bartlett, III: tbartlett@jonesswanson.com, sfails@jonesswanson.com cmason@jonesswanson.com, poconnell@jonesswanson.com,

Kerry Ann Murphy:  kmurphy@jonesswanson.com

Lynn E. Swanson:  lswanson@jonesswanson.com, cmason@jonesswanson.com, kmurphy@jonesswanson.com, sfails@jonesswanson.com

Mark A. Mintz:  mmintz@joneswalker.com

R. Patrick Vance: pvance@joneswalker.com, nwiebelt@joneswalker.com

Edward D. Wegmann:  dwegmann@joneswalker.com, mfarrell@joneswalker.com

/s/    John M. Futrell  
JOHN M. FUTRELL