UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BCR SAFEGUARD HOLDING, L.L.C. et al.,** | **CASE NO.: 13 Civ. 0066 (NJB) (SS)** |
| **Plaintiffs,** | **SECT.: G** |
| -v- | **DISTRICT JUDGE NANNETTE JOLIVETTE BROWN** |
| **MORGAN STANLEY REAL ESTATE ADVISOR, INC., et al.,** | **MAGISTRATE JUDGE SALLY SHUSAN** |
| **Defendants.** | |

* * * * * * * * * * * * * * * * * * * * * * * *

## EX PARTE MOTION FOR ADMISSION *PRO HAC VICE* OF STEVEN I. FROOT

Defendants, certain Underwriters at Lloyd's, London who and which severally subscribed to LPSO signing number 61501 (37% of $75 million excess of $25 million layer), those certain underwriters at Lloyd's who severally subscribed to LPSO signing number 61440 (27% of $100 million excess $100 million layer); and those certain underwriters at Lloyd's who severally subscribed to LPSO signing number 61473 (15% of $400 million excess of $200 million layer ("Lloyd's Underwriters") (incorrectly designated as "Certain Underwriters at Lloyd's of London" in the Complaint), by undersigned counsel, respectfully move the Court as follows:

1. Lloyd's Underwriters have retained Steven I. Froot, a member of the law firm Boies, Schiller & Flexner LLP ("BSF"), New York, New York, as co-counsel of record in this matter. Mr. Froot and BSF will act in association with John M. Futrell of Lee, Futrell & Perles LLP 201 St. Charles Ave. Suite 4120 New Orleans, LA 70170, an attorney duly admitted to practice law before this Court.

2. Lloyd's Underwriters move the Court to admit Mr. Froot, who is licensed and qualified to practice law in the State of New York, is in good standing in that jurisdiction, and will comply with all the rules, procedures and disciplinary rules applicable to this Honorable Court. Attached in support of this motion

           are (1) a Certificate of Good Standing from the United States District Court for the Southern District of New York and (2) a Declaration of Steven I. Froot.

3.       Mr. Froot is admitted to additional courts beyond the New York state courts, including the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Fourth Circuit, and the United States Court of Appeals for the Eleventh Circuit. Mr. Froot is in good standing in all courts in which he has been admitted.

4.       Mr. Froot has not had any disciplinary action or criminal charges for any felonies or crimes of moral turpitude.

WHEREFORE, Lloyd's Underwriters move for the admission of Steven I. Froot *pro hac vice*.

Respectfully submitted,

/s/John M. Futrell
JOHN M. FUTRELL (#5865)
Lee, Futrell & Perles LLP
201 St. Charles Ave. Suite 4120
New Orleans, LA 70170
Telephone: (504) 569-1723
Fax: (504) 569-1726
Email: jfutrell@leefutrell.com

*Attorneys for Lloyd's Underwriters*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing has been served via electronic mail, and by the Court's electronic noticing system, to all parties and to those specifically listed below this 8th day of February, 2013.

Catherine Elena Lasky: klasky@jonesswanson.com, cmason@jonesswanson.com, kmurphy@jonesswanson.com, sfails@jonesswanson.com

Gladstone N. Jones, III: gjones@jonesswanson.com, cmason@jonesswanson.com

Harvey Sylvanous Bartlett, III: tbartlett@jonesswanson.com, sfails@jonesswanson.com cmason@jonesswanson.com, poconnell@jonesswanson.com,

Kerry Ann Murphy: kmurphy@jonesswanson.com

Lynn E. Swanson: lswanson@jonesswanson.com, cmason@jonesswanson.com, kmurphy@jonesswanson.com, sfails@jonesswanson.com

Mark A. Mintz: mmintz@joneswalker.com

R. Patrick Vance: pvance@joneswalker.com, nwiebelt@joneswalker.com

Edward D. Wegmann: dwegmann@joneswalker.com, mfarrell@joneswalker.com

/s/John M. Futrell
JOHN M. FUTRELL