**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **BCR SAFEGUARD HOLDING, L.L.C., et al.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-0066** |
| **MORGAN STANLEY REAL ESTATE ADVISOR, INC., et al.** | **SECTION: "G"(1)** |

**ORDER**

For the reasons set forth in the Court's order granting Defendants Morgan Stanley Real Estate Advisor, Inc.'s, PPF Safeguard, L.L.C.'s, and Scott Allen Brown's "Motion to Dismiss Amended Complaint" and Defendant Lloyd's Underwriters' "Motion to Dismiss Amended Complaint for Damages,"[1]

**IT IS HEREBY ORDERED** that the above-captioned action is **DISMISSED WITHOUT PREJUDICE**.

**NEW ORLEANS, LOUISIANA**, this __4th__ day of September, 2014.

_____
**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**

---

[1] Rec. Doc. 240.